**SEALED**

Office of the United States Attorney
District of Nevada
333 Las Vegas Blvd., South, Ste. 5000
Las Vegas, Nevada 89101
(702) 388-6336

DANIEL G. BOGDEN
United States Attorney
District of Nevada
JIAMIN CHEN
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
702-388-6603

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | SEALED CRIMINAL INDICTMENT |
| Plaintiff, | 2:16-cr- 70 |
| vs. | VIOLATIONS:<br>18 U.S.C. § 1349 – Conspiracy to Commit Wire Fraud<br>18 USC § 1343 – Wire Fraud<br>18 U.S.C. § 981(a)(1)(C) – Forfeiture |
| CURTIS POPE and<br>CHARLES WURM, | |
| Defendants. | |

**THE GRAND JURY CHARGES THAT**:

### The Scheme to Defraud

At all times relevant to this Indictment:

1. From in or about June 2010, to at least in or about August 2011, in the State and Federal District of Nevada and elsewhere,

**CURTIS POPE** and
**CHARLES WURM,**

defendants herein, did devise, intend to devise, and participate in a scheme and artifice to defraud, and for obtaining money and property by means of material false and fraudulent pretenses, representations and promises, which scheme and artifice involved wrongfully

obtaining propriety data, including valuable customer leads, from Selling Source, LLC and attempting to profit from such data.

2. The object of the scheme and artifice was to wrongfully obtain money from the sale of stolen Selling Source data.

3. It was part of the scheme and artifice that:

a. POPE and WURM agreed with co-conspirators KATHERINE KAPLAN and KIMBERLY BAXA to wrongfully obtain data from Selling Source.

b. KAPLAN and BAXA provided to POPE and WURM propriety data, including valuable customer leads, belonging to Selling Source.

c. POPE provided payment to KAPLAN and BAXA for the stolen Selling Source data.

d. At least some of the stolen Selling Source data was uploaded to WURM's account on Dropbox.

e. POPE and WURM attempted to enter into a business partnership with J.R. and J.R.'s company Leadmesh whereby Leadmesh would aggregate and broker the stolen customer leads to lenders.

## COUNT ONE
*Conspiracy to Commit Wire Fraud*

4. The Grand Jury incorporates Paragraphs One through Three as though fully set forth herein.

5. From in or about June 2010, to at least in or about August 2011, in the State and Federal District of Nevada and elsewhere,

**CURTIS POPE** and
**CHARLES WURM,**

defendants herein, did knowingly and willfully combine, conspire, and agree with each other and with others to transmit and cause to be transmitted by means of wire communications in interstate and foreign commerce documents, signals, and information for purposes of executing a scheme and artifice to defraud and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises.

### Object of the Conspiracy

6. The object of the conspiracy was to devise, intend to devise, and participate in a material scheme and artifice to defraud and for obtaining money and property by means of false and fraudulent pretenses, representations and promises by wrongfully obtaining data from Selling Source, LLC and attempting to profit from such data.

All in violation of Title 18, United States Code, Section 1349.

### COUNTS TWO THROUGH THREE
*Wire Fraud*

7. The Grand Jury incorporates Paragraphs One through Six as though fully set forth herein.

8. For the purpose of executing the scheme and artifice to defraud, and for obtaining money and property, and attempting to do so, on or about the dates set forth below,

**CURTIS POPE** and
**CHARLES WURM**,

defendants herein, did knowingly transmit and cause to be transmitted by means of wire communication in interstate and foreign commerce certain signs, writings, and signals identified below, with each wire constituting a separate violation of Title 18, United States Code, Section 1343:

a. Count 2: On March 13, 2011, POPE sent an email to KAPLAN stating, in part, "Good morning please give me a call today if you have time? [Unindicted co-conspirator F.L. whose identity is known to the grand jury] needs you to provide a full accounting of all deposit's (sic), wires and cash paid to you…"

b. Count 3: On June 21, 2011, POPE sent an email to J.R. stating, in part, "Please take a look!!" and forwarding an email from KAPLAN stating, in part, "Attached is a zip file of creatives" with a compressed "zip" file attachment which contains data belonging to Selling Source that KAPLAN wrongfully obtained.

## COUNT FOUR
### *Wire Fraud*

9. The Grand Jury incorporates Paragraphs One through Eight as though fully set forth herein.

10. On or about June 9, 2011 in the State and Federal District of Nevada and elsewhere,

**CURTIS POPE** and
**CHARLES WURM**

defendants herein, for the purpose of executing and attempting to execute the scheme and artifice to defraud and ~~to~~ for obtaining money and property, did knowingly transmit and cause to be transmitted by means of wire communication in interstate and foreign commerce certain signs, writings, and signals, that is defendant WURM placed a telephone call to an account manager for Leadmesh, located in Seattle, Washington, and stated that he could sell a considerable amount of leads, all in violation of Title 18, United States Code, Section 1343.

**DATED:** this 9th day of March 2016.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

JIAMIN CHEN
Assistant United States Attorney