MICHAEL R. PANDULLO
Nevada Bar No. 10707
400 S. Fourth St. – Suite 500
Las Vegas, Nevada 89101
Telephone: (702) 580-4936
Fax: (702) 405-0826
Email: michael.pandullo@gmail.com
*Attorney for Defendant Curtis Pope*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CURTIS POPE,<br><br>　　　　　Defendant. | Case No. 2:16-CR-070-GMN-VCF<br><br>**STIPULATION TO CONTINUE SENTENCING DATE**<br><br>(Second Request) |

**IT IS HEREBY STIPULATED AND AGREED**, by and between DAYLE ELIESON, United States Attorney, and DANIEL R. SCHIESS, Assistant United States Attorney, counsel for Plaintiff the United States of America, and MICHAEL R. PANDULLO, ESQ., counsel for Defendant CURTIS POPE, that the sentencing currently scheduled for January 19, 2018, at the hour of 8:00 a.m., be vacated and reset to a date and time convenient to this Court, but in no case any sooner than forty five (45) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to gather and submit letters of support.

2. Defendant has supporters who would like to attend his sentencing hearing, but they are unable to attend the sentencing that is currently set for January 19, 2018.

3. Defendant is not in custody and does not object to this continuance.

4. Counsel has spoken to Assistant United States Attorney Daniel Schiess and he has no opposition to the continuance.

5. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for Defendant sufficient time within which to effectively and thoroughly prepare for the sentencing hearing.

6. Additionally, denial of this request could result in a miscarriage of justice.

7. This is the second request to continue this sentencing hearing.

DATED this 17th day of January, 2018.

BY:

| MICHAEL R. PANDULLO, ESQ. | DAYLE ELIESON<br>UNITED STATES ATTORNEY |
|---|---|
| | DANIEL R. SCHIESS<br>ASSISTANT UNITED STATES ATTORNEY |
| /s/ Michael R. Pandullo | /s/ Daniel R. Schiess |
| MICHAEL R. PANDULLO, ESQ.<br>*Attorney for Defendant Curtis Pope* | DANIEL R. SCHIESS<br>*Attorney for the United States* |

MICHAEL R. PANDULLO
Nevada Bar No. 10707
400 S. Fourth St. – Suite 500
Las Vegas, Nevada 89101
Telephone: (702) 580-4936
Fax: (702) 405-0826
Email: michael.pandullo@gmail.com
*Attorney for Defendant Curtis Pope*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:16-CR-070-GMN-VCF |
|---|---|
| Plaintiff, | **FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER** |
| vs. | |
| CURTIS POPE, | (Second Request) |
| Defendant. | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defense counsel needs additional time to gather and submit letters of support.

2. Defendant has supporters who would like to attend his sentencing hearing, but they are unable to attend the sentencing that is currently set for January 19, 2018.

3. Defendant is not in custody and does not object to this continuance.

4. Counsel has spoken to Assistant United States Attorney Daniel Schiess and he has no opposition to the continuance.

5. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for Defendant sufficient time within which to effectively and thoroughly prepare for the sentencing hearing.

6. Additionally, denial of this request could result in a miscarriage of justice.

7. This is the second request to continue this sentencing hearing.

## **CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial taking into account the exercise of due diligence.

The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code Sections 3161(h)(1)(A), 361(h)(7) and Title 18, United States Code, Sections 3161(h)(8)(B) and 3161(h)(8)(B)(iv).

///
///
///
///
///
///
///
///
///

# ORDER

**IT IS HEREBY ORDERED** that sentencing currently scheduled for January 19, 2018, at the hour of 8:00 a.m., be vacated and continued to the __9th__ day of __March__, 20__18__, at the hour of __10:00__ a.m. in Courtroom 7C.

DATED this __18__ day of January, 2018.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

/s/ Michael R. Pandullo
_____
MICHAEL R. PANDULLO, ESQ.
*Attorney for Defendant Curtis Pope*