1  MICHAEL R. PANDULLO
   Nevada Bar No. 10707
2  400 S. Fourth St. – Suite 500
   Las Vegas, Nevada 89101
3  Telephone: (702) 580-4936
   Fax: (702) 405-0826
4  Email: michael.pandullo@gmail.com
   *Attorney for Defendant Curtis Pope*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>CURTIS POPE,<br><br>             Defendant. | Case No. 2:16-CR-070-GMN-VCF<br><br>**STIPULATION TO ALLOW DEFENDANT TO TRAVEL FOR WORK PURPOSES ONLY** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between STEVEN W. MYHRE, United States Attorney, and DANIEL R. SCHIESS, Assistant United States Attorney, counsel for Plaintiff the United States of America, and MICHAEL R. PANDULLO, ESQ., counsel for Defendant CURTIS POPE, that Mr. Pope be allowed to travel for work purposes only.

This Stipulation is entered into for the following reasons:

1. Defendant is currently employed by New World Payments. His supervisor's name is Franklin Levy and his phone number is 702-403-0510.

2. Defendant needs to travel to North Carolina from May 28th, 2018 through May 30th, 2018 for business meetings.

///
///

1

3.     Defendant will provide a copy of his itinerary to Pretrial Services prior to his business trip.

DATED this 25th day of May, 2018.

BY:

| MICHAEL R. PANDULLO, ESQ. | STEVEN W. MYHRE |
| | UNITED STATES ATTORNEY |
| | |
| | DANIEL R. SCHIESS |
| | ASSISTANT UNITED STATES ATTORNEY |
| | |
| /s/ Michael R. Pandullo | /s/ Daniel R. Schiess |
| MICHAEL R. PANDULLO, ESQ. | DANIEL R. SCHIESS |
| *Attorney for Defendant Curtis Pope* | *Attorney for the United States* |

MICHAEL R. PANDULLO
Nevada Bar No. 10707
400 S. Fourth St. – Suite 500
Las Vegas, Nevada 89101
Telephone: (702) 580-4936
Fax: (702) 405-0826
Email: michael.pandullo@gmail.com
*Attorney for Defendant Curtis Pope*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>CURTIS POPE,<br><br>          Defendant. | Case No. 2:16-CR-070-GMN-VCF<br><br>**FINDINGS OF FACT**<br>**AND ORDER** |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defendant is currently employed by New World Payments. His supervisor's name is Franklin Levy and his phone number is 702-403-0510.

2. Defendant needs to travel to North Carolina from May 28th, 2018 through May 30th, 2018 for business meetings.

3. Defendant will provide a copy of his itinerary to Pretrial Services prior to his business trip.

**ORDER**

**IT IS HEREBY ORDERED** that Defendant Curtis Pope is allowed to travel to Illinois for work purposes only.

DATED this __25__ day of May, 2018.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

/s/ Michael R. Pandullo

_____
MICHAEL R. PANDULLO, ESQ.
*Attorney for Defendant Curtis Pope*