MICHAEL R. PANDULLO
Nevada Bar No. 10707
400 S. Fourth St. – Suite 500
Las Vegas, Nevada 89101
Telephone: (702) 580-4936
Fax: (702) 405-0826
Email: Michael@PandulloLaw.com
*Attorney for Defendant Curtis Pope*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CURTIS POPE,<br><br>　　　　　Defendant. | Case No. 2:16-CR-070-GMN-VCF<br><br>**STIPULATION TO ALLOW DEFENDANT TO TRAVEL FOR WORK PURPOSES ONLY** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between DAYLE ELIESON, United States Attorney, and DANIEL R. SCHIESS, Assistant United States Attorney, counsel for Plaintiff the United States of America, and MICHAEL R. PANDULLO, ESQ., counsel for Defendant CURTIS POPE, that Mr. Pope be allowed to travel for work purposes only.

This Stipulation is entered into for the following reasons:

1. Defendant is currently employed by New World Payments. His supervisor's name is Franklin Levy and his phone number is 702-403-0510.

2. Defendant needs to travel to West Hollywood and San Diego from August 1st 2018 through August 4th, 2018 for business meetings.

///
///

3. Defendant will provide a copy of his itinerary to Pretrial Services prior to his business trip.

DATED this 18th day of July, 2018.

BY:

| | |
|---|---|
| MICHAEL R. PANDULLO, ESQ. | DAYLE ELIESON<br>UNITED STATES ATTORNEY |
| | DANIEL R. SCHIESS<br>ASSISTANT UNITED STATES ATTORNEY |
| /s/ Michael R. Pandullo | /s/ Daniel R. Schiess |
| MICHAEL R. PANDULLO, ESQ.<br>*Attorney for Defendant Curtis Pope* | DANIEL R. SCHIESS<br>*Attorney for the United States* |

MICHAEL R. PANDULLO
Nevada Bar No. 10707
400 S. Fourth St. – Suite 500
Las Vegas, Nevada 89101
Telephone: (702) 580-4936
Fax: (702) 405-0826
Email: michael.pandullo@gmail.com
*Attorney for Defendant Curtis Pope*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CURTIS POPE, <br><br> Defendant. | Case No. 2:16-CR-070-GMN-VCF <br><br> **FINDINGS OF FACT** <br> **AND ORDER** |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defendant is currently employed by New World Payments. His supervisor's name is Franklin Levy and his phone number is 702-403-0510.

2. Defendant needs to travel to New Jersey and New York from August 8th, 2017 through August 11th, 2017 for business meetings.

3. Defendant will provide a copy of his itinerary to Pretrial Services prior to his business trip.

**ORDER**

IT IS HEREBY ORDERED that Defendant Curtis Pope is allowed to travel to Illinois for work purposes only.

DATED this __23__ day of July, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court

Submitted by:

/s/ Michael R. Pandullo
_____
MICHAEL R. PANDULLO, ESQ.
*Attorney for Defendant Curtis Pope*