MICHAEL R. PANDULLO
Nevada Bar No. 10707
400 S. Fourth St. – Suite 500
Las Vegas, Nevada 89101
Telephone: (702) 580-4936
Fax: (702) 405-0826
Email: Michael@PandulloLaw.com
*Attorney for Defendant Curtis Pope*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CURTIS POPE,<br><br>　　　　Defendant. | Case No. 2:16-CR-070-GMN-VCF<br><br>**STIPULATION TO ALLOW DEFENDANT TO TRAVEL FOR WORK PURPOSES ONLY** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between DAYLE ELIESON, United States Attorney, and DANIEL R. SCHIESS, Assistant United States Attorney, counsel for Plaintiff the United States of America, and MICHAEL R. PANDULLO, ESQ., counsel for Defendant CURTIS POPE, that Mr. Pope be allowed open travel in the United States for work purposes only.

This Stipulation is entered into for the following reasons:

1. Defendant is currently employed by New World Payments. His supervisor's name is Franklin Levy and his phone number is 702-403-0510.

2. Defendant's Pretrial Services Officer's name is Kadi Murray. Ms Murray's phone number is 813-865-9412. Ms. Murray recommends Defendant be allowed open travel in the United States for work purposes only.

///
///

1

DATED this 30th day of July, 2018.

BY:

| | |
|---|---|
| MICHAEL R. PANDULLO, ESQ. | DAYLE ELIESON<br>UNITED STATES ATTORNEY |
| | DANIEL R. SCHIESS<br>ASSISTANT UNITED STATES ATTORNEY |
| /s/ Michael R. Pandullo | /s/ Daniel R. Schiess |
| MICHAEL R. PANDULLO, ESQ.<br>*Attorney for Defendant Curtis Pope* | DANIEL R. SCHIESS<br>*Attorney for the United States* |

1  MICHAEL R. PANDULLO
   Nevada Bar No. 10707
2  400 S. Fourth St. – Suite 500
   Las Vegas, Nevada 89101
3  Telephone: (702) 580-4936
   Fax: (702) 405-0826
4  Email: michael.pandullo@gmail.com
   *Attorney for Defendant Curtis Pope*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CURTIS POPE,<br><br>　　　　　Defendant. | Case No. 2:16-CR-070-GMN-VCF<br><br>**FINDINGS OF FACT**<br>**AND ORDER** |

### **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.　1.　Defendant is currently employed by New World Payments. His supervisor's name is Franklin Levy and his phone number is 702-403-0510.

2.　Defendant's Pretrial Services Officer's name is Kadi Murray. Ms Murray's phone number is 813-865-9412. Ms. Murray recommends Defendant be allowed open travel in the United States for work purposes only.

**ORDER**

**IT IS HEREBY ORDERED** that Defendant Curtis Pope is allowed Open Travel in the United States for work purposes only.

DATED this __4__ day of __August__, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court

Submitted by:

/s/ Michael R. Pandullo

_____
MICHAEL R. PANDULLO, ESQ.
*Attorney for Defendant Curtis Pope*